McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
One Hovchild Plaza
4000 Route 66
Tinton Falls, New Jersey 07753
(732) 733-6200
sdelmauro@mdmc-law.com
Attorneys for Defendants,
The Northwestern Mutual Life Insurance Company
and Northwestern Mutual Life Foundation, Inc.

| | |
|---|---|
| V.P. and P&P CPA, PC,<br><br>    Plaintiffs,<br><br>    v.<br><br>NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, and its predecessors and subsidiaries, NORTHWESTERN MUTUAL LIFE FOUNDATION, INC., and its predecessors and subsidiaries, NORTHWESTERN MUTUAL, INC., and its predecessors and subsidiaries,<br><br>    Defendants. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>Civil Action No.: |

### CIVIL ACTION -- RULE 7.1 STATEMENT ON BEHALF
### OF THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY

  The following is a list of all corporate parents that own more than 10% of The Northwestern Mutual Life Insurance Company's stock: **NONE**

Dated: November 15, 2017

            McELROY, DEUTSCH, MULVANEY
            & CARPENTER, LLP
            Attorneys for Defendants,
            The Northwestern Mutual Life Insurance Company
            and Northwestern Mutual Life Foundation, Inc.

            By: _____
              Steven P. Del Mauro, Esq.

3465610